No. 6. SCHOOL DISTRICT OF THE BOROUGH OF GREENSBURG *v.* S. T. LOPES ET AL. Error to the Supreme Court of the State of Pennsylvania. Argued October 2, 1923. Decided October 8, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253

U. S. 193, 195. *Mr. James S. Beacom* for plaintiff in error. *Mr. James S. Moorehead* and *Mr. Robert W. Smith* appeared for defendants in error.